# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:07-00319-CR-RK |
| (1) CHARLES R. TRENT, | ) |
| Defendant. | ) |

## ORDER

Before the Court are Defendant's letter filed December 28, 2020, and Defendant's letter filed January 4, 2021. (Docs. 156, 158).

The Court construes Defendant's letter filed December 28, 2020, asks the Court to forward documents to Defendant's attorney. This is not a function of the Court. Additionally, appear Defendant's attorney has already received notification of this filing and access to the documents through the Court's electronic filing system. The Court does not construe this letter as a motion to reduce sentence and this Order is not to be construed as ruling on such motion.

Defendant's letter filed January 4, 2021, asks the Court to appoint counsel. Counsel was appointed for Defendant in the Court's order of December 30, 2020. (Doc. 157.)

Accordingly, the Court finds the relief requested in each of Defendant's letters filed December 28, 2020, and January 4, 2021 (Doc. 156, 158) is **MOOT.**

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 9, 2021